1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DANIEL DIAZ

      Defendant.

2:18-CR-00172-GW-12

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- UNDERLYING ALLEGATION OF FAILING TO REPORT / ABSCONDING
- CONTINUED SUBSTANCE ABUSE

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- UNDERLYING ALLEGATION OF FAILING TO REPORT / ABSCONDING
- CONTINUED SUBSTANCE ABUSE

IT IS ORDERED that defendant be detained.

DATED:  8/27/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2