RECEIVED USMS-LA
07/03/2025
FID: 10545157
USMS: 76771-112

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
08/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff | 2:18-CR-00172-GW-12 |
| vs | | |
| Daniel Diaz | Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>Daniel Diaz</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  <u>18</u>  United States Code, Section(s)  <u>3583(e)(3)</u>

Brian D. Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

/s/ Javier Gonzalez
SIGNATURE OF DEPUTY CLERK

July 2, 2025; Los Angeles, California
DATE AND LOCATION OF ISSUANCE

By: HON. GEORGE H. WU, U.S. District Judge
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

08/21/2025
DATE OF ARREST

Cesar Perez
NAME OF ARRESTING OFFICER

Cesar Perez  Officer
TITLE

*Cesar Perez*
SIGNATURE OF ARRESTING OFFICER

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**