# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 18-172-GW | Date | September 15, 2025 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 12. Daniel Diaz | ✔ | ✔ | | John Aquilina, CJA | ✔ | ✔ | |

**Proceedings:** **PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

U.S. Probation Officer Amilcar Munguia is also present.

Court confers with the parties. For reason stated on the record, the revocation hearing is CONTINUED to October 20, 2025 at 8:00 a.m. The parties are to file a joint status report by noon on October 15, 2025.

: 02

Initials of Deputy Clerk  JG

cc: