CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile: +1 310-626-9677

Attorneys for Defendant
JUAN SANCHEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2: 18- CR-172-GW |
| Plaintiff, | **JONDER OF DEFENDANT JUAN SANCHEZ IN DEFENDANT CARLOS GONZALES' MOTION FOR A NEW TRIAL [ECF 1803]** |
| v. | |
| MICHAEL LERMA, et al., | HEARING DATE: DEC. 8, 2025 |
| Defendants. | TIME: 8:00 A.M. |
| | COURTROOM: 9D |
| | HON. GEORGE H. WU |

# <u>JOINDER</u>

TO THIS HONORABLE COURT, THE UNITED STATES OF AMERICA AND ITS COUNSEL:

PLEASE TAKE NOTICE THAT defendant Juan Sanchez hereby joins in the motion for new trial submitted on September 22, 2025 by co-defendant Carlos Gonzales (ECF 1803).

Dated: September 24, 2025

Respectfully submitted,

RICHARD P. LASTING
CHARLES P. DIAMOND
AMY R. LUCAS

By: */s/ Charles P. Diamond*

Charles P. Diamond
Attorneys for Defendant Juan Sanchez

DEFENDANT JUAN SANCHEZ'
JOINDER IN ECF 1803