BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
Deputy Chief, General Crimes Section
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Major Crimes Section
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorney
Transnational Organized Crime Section
     1200/1300/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/8408/7962
     Facsimile: (213) 894-3713
     E-mail:    kyle.kahan@usdoj.gov
                kellye.ng@usdoj.gov
                jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00172(A)-12 |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MICHAEL LERMA, ET AL., | |
| [#12 DANIEL DIAZ] | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, and defendant Daniel Diaz ("defendant"), by and through his counsel of record, John N.

Aquilina, hereby file this Joint Status Report pursuant to the Court's September 15, 2025 order (Dkt. 1798).

JOINT STATUS REPORT

1. On September 15, 2025, defendant Daniel Diaz appeared for his preliminary revocation of supervised release hearing in this matter. (Dkt. 1798). The Court continued the hearing to allow counsel additional time to obtain, review, and consider the supplemental allegations and the discovery from the underlying criminal conduct.

2. Pursuant to the Court's September 15, 2025 order (Dkt. 1798), the parties have met and conferred regarding the supervised violation and outstanding discovery. Government counsel additionally informed counsel that it "was contemplating filing 922(g) charges against Mr. Diaz, and possibly 924(c) charges depending on the evidence, given the seriousness of the conduct and how similar it is to his prior offense." Both parties are awaiting pending discovery that impact charging considerations and the supervised release hearing: On October 10, 2025, DEA Labs notified the government that they received the narcotics evidence and 10-day expedited testing request. On October 14, 2025, the parties coordinated the anticipated 3GB discovery production of body worn video from the underlying incident.

3. Due to the anticipated discovery production, the parties conferred and request to continue the supervised release hearing in this matter from October 20, 2025, to November 3, 2025.

//
//
//
//

4. Accordingly, the parties are working to produce and review the pending discovery in advance of the proposed supervised release violation hearing on November 3, 2025 and intend to update the Court accordingly if a resolution or substantive charges will follow.

Dated: October 15, 2025          Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 JOSEPH T. MCNALLY
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division


                                       /s/ Jason A. Gorn
                                 KYLE W. KAHAN
                                 KELLYE NG
                                 JASON A. GORN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: October 15, 2025

                                       /s/ John N. Aquilina
                                 JOHN N. AQUILINA

                                 Counsel for Defendant
                                 DANIEL DIAZ