BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
Deputy Chief, General Crimes Section
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Major Crimes Section
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorney
Transnational Organized Crime Section
    1200/1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/8408/7962
    Facsimile: (213) 894-3713
    E-mail:   kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LERMA, ET AL.,<br><br>  [#12 DANIEL DIAZ]<br><br>    Defendant. | Case No. 2:18-CR-00172(A)-12<br><br><u>SECOND JOINT STATUS REPORT</u> |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, and defendant Daniel Diaz ("defendant"), by and through his counsel of record, John N.

Aquilina, hereby file this Second Joint Status Report pursuant to the Court's October 17, 2025 order (Dkt. 1813).

## SECOND JOINT STATUS REPORT

1. On September 15, 2025, defendant Daniel Diaz appeared for his preliminary revocation of supervised release hearing in this matter. (Dkt. 1798). The Court continued the hearing to October 20, 2025 to allow counsel additional time to obtain, review, and consider the supplemental allegations and the discovery from the underlying criminal conduct. At the parties' request, the Court continued the hearing from October 20 to November 3, 2025 to allow the defense to review pending discovery.

2. Pursuant to the Court's October 17, 2025 order (Dkt. 1813), the parties have met and conferred regarding the supervised violation after the government's production of the remaining discovery from defendant's underlying arrest on August 15, 2025.

//
//
//
//
//
//
//
//

3. Both parties are ready to proceed at the scheduled supervised release violation hearing. The defense intends to admit to a violation and request immediate sentencing. There is no agreement between the parties as to the sentence to be imposed.

Dated: October 31, 2025                    Respectfully submitted,

                                                BILAL A. ESSAYLI
                                                First Assistant United States Attorney

                                                ALEXANDER B. SCHWAB
                                                Assistant United States Attorney
                                                Acting Chief, Criminal Division

                                                  /s/ Jason A. Gorn
                                                KYLE W. KAHAN
                                                KELLYE NG
                                                JASON A. GORN
                                                Assistant United States Attorneys

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA

Dated: October 31, 2025

                                                /s/ John N. Aquilina
                                                JOHN N. AQUILINA

                                                Counsel for Defendant
                                                DANIEL DIAZ