UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | November 3, 2025 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Jason A. Gorn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 12. Daniel Diaz | | ✔ | ✔ | John Aquilina, CJA | ✔ | ✔ | |

**Proceedings:** **FINAL REVOCATION OF SUPERVISED RELEASE**

U.S. Probation Officer Amilcar Munguia is also present.

The Defendant, after having been advised of the eight-count allegations contained in the Petitions on Probation and Supervised Release filed July 2, 2025 and September 10, 2025, admitted to the truthfulness of the eight allegations.

Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on August 7, 2023, the Court finds the Defendant in violation of his Supervised Release order.

IT IS THE JUDGMENT OF THE COURT, that Defendant's period of supervised released is revoked, and Defendant is sentenced to the custody of the Bureau of Prisons, to be imprisoned for a term of fifteen (15) months.

Following imprisonment, Defendant is placed on supervised release for thirty-six (36) months, under the same terms and conditions as previously imposed, and with the added condition: (1) When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the Defendant shall perform 20 hours of community service per week for the first year of supervised release, 15 hours of community service per week for the second year of supervised release, and 10 hours of community service per week for the third year of supervised release as directed by the Probation & Pretrial Services Office.

The Court recommends that the defendant be considered for participation in the Bureau of Prison's Residential Drug Abuse Program (RDAP).

| | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc: