# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>          Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>12. DANIEL DIAZ,                 )<br>                                 )<br>          Defendant.             )<br>_____) | CASE NO. CR 18-172-GW<br><br>JUDGMENT REVOKING SUPERVISED RELEASE AND COMMITMENT ORDER |

On November 3, 2025, attorney for the Government, Jason A. Gorn, U.S. Probation Officer Amilcar Mungiua and the Defendant appeared in person with appointed counsel, John Aquilina, CJA; and the Defendant, after having been advised of the eight-count allegations contained in the Petitions on Probation and Supervised Release filed July 2, 2025 and September 10, 2025, admitted to the truthfulness of the eight allegations.

Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on August 7, 2023, the Court finds the Defendant in violation of his Supervised Release order.

//

IT IS THE JUDGMENT OF THE COURT, that Defendant's period of supervised released is revoked, and Defendant is sentenced to the custody of the Bureau of Prisons, to be imprisoned for a term of fifteen (15) months.

Following imprisonment, Defendant is placed on supervised release for thirty-six (36) months, under the same terms and conditions as previously imposed, and with the added condition: (1) When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the Defendant shall perform 20 hours of community service per week for the first year of supervised release, 15 hours of community service per week for the second year of supervised release, and 10 hours of community service per week for the third year of supervised release as directed by the Probation & Pretrial Services Office.

The Court recommends that the defendant be considered for participation in the Bureau of Prison's Residential Drug Abuse Program (RDAP).

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: November 3, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

FILED:
BRIAN D. KARTH, CLERK

by Javier Gonzalez
    Deputy Clerk